

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California

Case number (If known): _____ Chapter 07

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's full name**

   Ryan
   First name

   _____
   Middle name

   Dickenson
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Pool Logic, Pool Logic Design
   Mark Mendrun
   Brian Wilson

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☑ Unknown

   xxx – xx – ___ ___ ___ ___     OR     9xx – xx – ___ ___ ___ ___

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☐ Unknown

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

---

Official Form 105                    Involuntary Petition Against an Individual                    page 1

Debtor   Ryan Dickenson                                  Case number (if known) _____

**6. Debtor's address**

**Principal residence**

1334 N. Stanford Ave
Number   Street

Upland                    CA      91786
City                      State   ZIP Code

San Bernardino
County

**Principal place of business**

4335 East Lowell St
Number   Street

Ontario                   CA      91761
City                      State   ZIP Code

San Bernardino
County

**Mailing address, if different from residence**

4570 Rio Street
Number   Street

La Verne                  CA      91750
City                      State   ZIP Code

**7. Type of business**

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**8. Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____  Relationship _____
       District _____ Date filed _____ Case number, if known _____
                                        MM / DD / YYYY

       Debtor _____  Relationship _____
       District _____ Date filed _____ Case number, if known _____
                                        MM / DD / YYYY

Official Form 105                  Involuntary Petition Against an Individual                   page **2**

Debtor    Ryan Dickenson    Case number (if known) _____

## Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

Check one:

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Huskies Property Trust | Cost of Contract | $ 171,945.00 |
| AMR Mgmt | Maintence agreement | $ 10,000.00 |
| | | $ |
| | Total | $ 181945 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor  Ryan Dickenson                                   Case number (if known)_____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _____
Signature of petitioner or representative, including representative's title

J DAVIS / AMR Mgmt
Printed name of petitioner

Date signed  07/21/2022
             MM / DD / YYYY

**Mailing address of petitioner**

3631 CRENSHAW BLVD, SUITE 101
Number   Street

LOS ANGELES            CA        90016
City                   State     ZIP Code

If petitioner is an individual and is not represented by an attorney:

Contact phone   4243549466
Email           amr.management@gmail.

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City          State      ZIP Code

**Attorneys**

X _____
Signature of attorney

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City          State      ZIP Code

Date signed  _____
             MM / DD / YYYY

Contact phone _____  Email _____

Debtor  Ryan Dickenson                                    Case number (if known)_____

**✗** _[signature]_                                        **✗** _____
Signature of petitioner or representative, including representative's title    Signature of Attorney

Huskies Property Trust
Printed name of petitioner                                Printed name

Date signed  07/21/2022                                   Firm name, if any
             MM / DD / YYYY

                                                          Number   Street

**Mailing address of petitioner**

3631 crenshaw blvd, suite 101                             City                    State       ZIP Code
Number   Street

los angeles              CA        90016                  Date signed  _____
City                     State     ZIP Code                            MM / DD / YYYY

                                                          Contact phone _____ Email _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City         State ZIP Code

---

**✗** _____                       **✗** _____
Signature of petitioner or representative, including representative's title    Signature of Attorney

Davis
Printed name of petitioner                                Printed name

Date signed  07/20/2022                                   Firm name, if any
             MM / DD / YYYY

                                                          Number   Street

**Mailing address of petitioner**

3631 CRENSHAW BLVD, SUITE 101                             City                    State       ZIP Code
Number   Street

LOS ANGELES              CA        90016                  Date signed  _____
City                     State     ZIP Code                            MM / DD / YYYY

                                                          Contact phone _____ Email _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City                   State      ZIP Code

Official Form 105              Involuntary Petition Against an Individual                    page **5**

[Print]  [Save As...]  [Add Attachment]                                                      [Reset]